# In the United States Court of Federal Claims

```
*   *   *   *   *   *

MED TRENDS, INC              *

        Plaintiff,           *     No. 08-177C

        v.                   *     Filed: April 1, 2008

UNITED STATES OF AMERICA,    *

        Defendant.           *

*   *   *   *   *   *
```

**ORDER**

The Government's motion for leave to file the administrative record by cd-rom and waive a paper copy is GRANTED.

SO ORDERED.

s/Robert H. Hodges, Jr.  
Robert H. Hodges, Jr.  
Judge